OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 JUN. 25. 2015

6/24/2015
SIROS, JONATHAN                Tr. Ct. No. 1257392R                WR-83,339-01
This is to advise that the Court has denied without written order motion for leave to
file the original application for writ of mandamus.

Abel Acosta, Clerk

JONATHAN SIROS
HARRIS COUNTY JAIL - TDCJ#1965665
1200 BAKER ST.
HOUSTON, TX 77002

N3B 77002